# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOSHUA A. STRICKLIN                                                                             PLAINTIFF
ADC #138119

v.                                       No: 5:14-cv-39-DPM-HDY

ARKANSAS DEPARTMENT OF
CORRECTION; CORRECTIONAL
MEDICAL SERVICES INC.; CORIZON
INC.; CARE SOLUTIONS INC.; RAY
HOBBS, Director, ADC; WENDY KELLEY,
Deputy Director, Health Services, ADC;
ROBERT PARKER, Director, Mental Health
Services, ADC; LARRY MAY, Deputy
Director, ADC; GRANT HARRIS, Deputy
Director, ADC; K. BOWMAN, Psychiatrist,
ADC; M. RECTOR, Psychologist, ADC;
SHAWN RICHARD, Psychiatrist, ADC;
RANDY WATSON, Warden, Varner SuperMax,
ADC; and JACKSON, Deputy Warden, Varner
SuperMax, ADC                                                                                  DEFENDANTS

## ORDER

1.     Stricklin's motion to proceed *in forma pauperis*, № 1, is granted. Each time the amount in Stricklin's account exceeds $10.00, the Director of the Arkansas Department of Correction must send the Clerk monthly installments in the amount of 20% of the preceding month's income credited to Stricklin's account until a total of $350.00 has been paid. Payments must

be labeled with the name and number assigned to this action. The Clerk is directed to mail a copy of this Order to the Warden of the Varner Super Max Unit, P.O. Box 400, Grady, AR 71644; the Arkansas Department of Correction Trust Fund Centralized Banking Office, Post Office Box 8908, Pine Bluff, Arkansas, 71611; and the Arkansas Department of Correction Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612-0550.

2. Stricklin has moved to voluntarily dismiss his complaint. The motion, № 5, is granted. His motion for preliminary injunctive relief, № 3, is denied as moot. Stricklin's complaint is dismissed without prejudice. The Court certifies that an *in forma paupers* appeal of this Order and related Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 February 2014