IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA A. STRICKLIN                                                                PLAINTIFF
ADC #138119

v.                                       No: 5:14-cv-39-DPM

ARKANSAS DEPARTMENT OF
CORRECTION; CORRECTIONAL
MEDICAL SERVICES INC.; CORIZON
INC.; CARE SOLUTIONS INC.; RAY
HOBBS, Director, ADC; WENDY KELLEY,
Deputy Director, Health Services, ADC;
ROBERT PARKER, Director, Mental Health
Services, ADC; LARRY MAY, Deputy
Director, ADC; GRANT HARRIS, Deputy
Director, ADC; K. BOWMAN, Psychiatrist,
ADC; M. RECTOR, Psychologist, ADC;
SHAWN RICHARD, Psychiatrist, ADC;
RANDY WATSON, Warden, Varner SuperMax,
ADC; and JACKSON, Deputy Warden, Varner
SuperMax, ADC                                                                      DEFENDANTS

## JUDGMENT

Stricklin's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2014